IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**RONNIE MCDONALD**                                                  **PETITIONER**

v.                                      **CAUSE NO. 1:14CV46-LG-JCG**

**CHRISTOPHER EPPS**                                       **RESPONDENT**

## JUDGMENT

In accordance with the Court's Order of Dismissal entered herewith,

**IT IS ORDERED AND ADJUDGED** that judgment is rendered in favor of the Respondent. Petitioner's Petition for Writ of Habeas Corpus is **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED** this the 28th day of March, 2016.

                                             s/ *Louis Guirola, Jr.*
                                             LOUIS GUIROLA, JR.
                                             CHIEF U.S. DISTRICT JUDGE